**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| MICHAEL COX, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-CV-77 PLC |
| GARY KAMP, | ) |
| Defendant, | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for reconsideration. The Court dismissed this action because the defendant, who is an Associate Circuit Judge in Missouri's 32nd Judicial Circuit, is absolutely immune from suit. *See, e.g., Penn v. United States*, 335 F.3d 786, 789 (8th Cir. 2003). Plaintiff has not presented any reason why this action should not have been dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (Doc. 12) is **denied**.

Dated this 24th day of July, 2017.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE